# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re: Tonisha Allen
Debtor(s)

Case No. 12 B 35238

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

☐ GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

☑ DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ 76.50 on or before 10/5/12

$ 76.50 on or before 11/9/12

$ 76.50 on or before 12/7/12

$ 76.50 on or before 1/2/13

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

☐ SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ at _____
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: SEP 07 2012

BY THE COURT:

_Pamela S. Hollis_
United States Bankruptcy Judge

NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In Re: | ) | Chapter 7 |
| Tonisha Allen | ) | Case No. 12 B 35238 |
| Debtor(s). | ) | |

## CERTIFICATE OF MAILING

I, Karen Jacobs, Relief Courtroom Deputy hereby certify that on September 7, 2012, I caused to be served via First Class Mail the attached copy of the **Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee** dated September 7, 2012 to the person listed below:

**(Debtor)**

Tonisha Allen
3443 W. Flournoy
Chicago, IL 60624

_____
Karen Jacobs
Relief Courtroom Deputy